IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

J.P., a minor who sues by )
and through her Mother and )
Next Friend, Latoya )
Pickering, )
                         )
    Plaintiff, )
                         )     CIVIL ACTION NO.
    v. )     2:23cv319-MHT
                         )        (WO)
ELMORE COUNTY BOARD OF )
EDUCATION; et al., )
                         )
    Defendants. )

## ORDER

Based on the representations made on the record on August 22, 2023, it is ORDERED that the partial motions to dismiss and for more definite statement (Doc. 14 and Doc. 16) are granted in part and denied in part as follows:

(1) Elmore County Board of Education is substituted for Elmore County School District as a defendant.

(2) The only claims in this case are follows:  The Title IX claim (Count 1) is against only defendant Elmore County Board of Education.  The equal protection

claim (Count 2) is against only defendants Loukisha Brooks and Shemekia Cooper.  And the three state-law claims (Counts 3, 4, and 5) are against only defendants Brooks and Cooper in their individual capacities.

(3) Defendant Wetumpka Middle School is dismissed and terminated as a party.

(4) The plaintiff is allowed until August 29, 2023, to file an amended complaint.  Among other things, the amended complaint should provide more details regarding the theories and factual allegations that underlie the equal protection claim.

DONE, this the 22nd day of August, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE