IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.P., a minor who sues by    )
and through her Mother and   )
Next Friend, Latoya          )
Pickering,                   )
                             )
      Plaintiff,             )
                             )    CIVIL ACTION NO.
      v.                     )      2:23cv319-MHT
                             )           (WO)
ELMORE COUNTY BOARD OF       )
EDUCATION; et al.,           )
                             )
      Defendants.            )
```

ORDER

A proposed settlement has been reached in this lawsuit involving a minor plaintiff.  Based on the representations made on the record on July 9, 2024, including the parties' oral joint request that the court appoint a guardian ad litem to represent the minor plaintiff, it is ORDERED that:

(1) The joint motion for a pro ami hearing (Doc. 55) is granted.

(2) Shannon Holliday, Esq., P.O. Box 347, Montgomery, Alabama, 36101, 334.420.2943,

holliday@copelandfranco.com, is appointed as guardian ad litem to represent the minor J.P.

(3) By agreement of the parties, defendants Elmore County Board of Education, Loukisha Brooks, and Shemekia Cooper are to pay the attorney's fees and expenses of the guardian ad litem, with those fees and expenses not to be subtracted from the amount of the proposed settlement.

(4) The clerk of the court is to arrange for the guardian ad litem to receive electronic access to the docket sheet and filings.

(5) On or before August 26, 2024, the guardian ad litem shall file, under seal, her report as to whether and, if so, why the court should approve the proposed settlement for the minor.

(6) An on-the-record fairness hearing on the proposed settlement is set for August 30, 2024, at 10:00 a.m. The courtroom deputy shall arrange for the hearing to take place by videoconference. Counsel for

all parties, the plaintiff's mother, and the guardian ad litem are to be available for the hearing. Because of the delicate nature of the events underlying the complaint, plaintiff's counsel will decide whether the minor J.P. should attend the hearing and, if she does, whether she should testify.

(7) At the August 30 fairness hearing, the parties are to present evidence that satisfies the question "What testimony and evidence should be produced at the hearing?" contained in the article William E. Shreve, Jr., *Settling the Claims of a Minor*, 72 Ala. Law. 308, 309 (2011).

(8) Two business days prior to the hearing, the parties should submit to the court a proposed opinion and order that satisfy the question "What should be included in the order approving the settlement?" contained in said article.

DONE, this the 17th day of July, 2024.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE