IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.P., a minor who sues by    )
and through her Mother and   )
Next Friend, Latoya          )
Pickering,                   )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:23cv319-MHT
                             )          (WO)
ELMORE COUNTY BOARD OF       )
EDUCATION; et al.,           )
                             )
     Defendants.             )
```

**JUDGMENT**

Pursuant to the agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The court retains jurisdiction to enforce the settlement of the parties.

This case is closed.

DONE, this the 7th day of November, 2024.

                                         /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE